~~PROPOSED~~ ORDER/COVER SHEET

**TO:**     **Honorable Susan van Keulen**               **RE:**   **Quyen Quoc Thi** _____
            **U.S. Magistrate Judge**

**FROM:**   **Silvio Lugo, Chief**                       **Docket No.:**   5:26-cr-00049-EKL _____
            **U.S. Pretrial Services Officer**

**Date:**   **3/10/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sarai Canales                                          (415) 940-5181
_____       _____

U.S. Pretrial Services Officer                        **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☒   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒   Modification(s):

   1. Defendant must not use alcohol *at all*, and must not use or possess any narcotic or other controlled substance without a legal prescription.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

_____

_____                March 10, 2026 _____
**JUDICIAL OFFICER**                           **DATE**