# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

QUYEN THI,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

No. CR 26CR00049 EKL

STIPULATION TO CONTINUE STATUS HEARING

## **STIPULATION**

The United States, by and through Assistant United States Attorney NEAL HONG, and defendant Quyen Thi, by and through Attorney Jay Rorty, hereby stipulate, with the Court's approval, to continue the date of April 21, 2026 at 10:30 a.m., currently set for a status hearing or to May 26, 2026 at 10:30 a.m.

The basis for the stipulation is that the defense has received recent discovery and requests additional to review the discovery and investigate the defense.

The parties further stipulate that time between April 21, 2026 and May 26, 2026 is excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h), based on the need for effective preparation of defense counsel.

SO STIPULATED:

. Dated: April 15, 2026                               _____/s/_____

                                              NEAL HONG

                                              Assistant United States Attorney

Dated: April 15, 2026                                 _____s/_____
                                                JAY RORTY

1

Attorney for Defendant

### [PROPOSED] ORDER

Pursuant to agreement and stipulation of the parties and good cause appearing therefor, the Court HEREBY ORDERS that that the date of April 21, 2025 at 10:30 a.m. for status hearing is continued to May 26, 2026 at 10:30 a.m.

The parties further stipulate that time between April 21, 2026 and May 26, 2026 is excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h), based on the need for effective preparation of defense counsel.

IT IS SO ORDERED.


DATED:   April 16, 2026                    _____

THE HONORABLE EUMI K.LEE
UNITED STATES DISTRICT JUDGE

2