**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Susan van Keulen**
**U.S. Magistrate Judge**

**RE:** **Quyen Thi**

**FROM:** **Sarai Canales**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:26-cr-00049-EKL**

**Date:** **9/28/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Sarai Canales | (415) 940-5181 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________________ Presiding District Court Judge ____________________

[x] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[x] Modification(s):

A. Defendant must attend at least two NA/AA meetings per week.
B. Defendant must obtain a sponsor and maintain regular contact with that sponsor. Defendant must notify Pretrial Services of any changes to his sponsor.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Susan van Keulen
**JUDICIAL OFFICER**

September 30, 2026
**DATE**